**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-11670

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Charles E. Hauck and Lee Ann Hauck<br>    Debtors.<br>_____<br>U.S. Bank, National Association<br>    Movant,<br>  vs.<br>Charles E. Hauck and Lee Ann Hauck, Debtors,<br>Stanley J. Kartchner, Trustee.<br>    Respondents. | No. 4:10-BK-07685-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> The West half of the Southwest quarter of the Southeast quarter of the Northwest quarter of the Southwest quarter of Section 17, Township 1 North, Range 8 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.